NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

**03-1100**

STATE OF LOUISIANA

VERSUS

WALLACE W. JOHNSON

**********
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 15387-99
HONORABLE DAVID PAINTER, DISTRICT JUDGE

**********
**ELIZABETH A. PICKETT**
**JUDGE**

**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and Arthur J. Planchard,[*] Judges.

**AFFIRMED AND REMANDED WITH INSTRUCTIONS.**

**Sherry Watters**
**Louisiana Appellate Project**
**P. O. Box 58769**
**New Orleans, LA 70518-8769**
**(504) 723-0284**
**Counsel for Defendant Appellant:**
**Wallace W. Johnson**

**Robert Richard Bryant, Jr.**
**District Attorney**
**P.O. Box 3206**
**Lake Charles, LA 70602**
**(337) 437-3400**
**Counsel for Plaintiff Appellee:**
**State of Louisiana**

---

[*]Judge Arthur J. Planchard, Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *pro tempore.*

**Wallace W. Johnson**
**Allen Corr Center -Mercury B2**
**3751 Lauderdale Woodyard Rd**
**Kinder, LA 70648**
**Counsel for Defendant Appellant:**
**Wallace W. Johnson**